FILED

2021 APR 21  PM 1:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER | 21MJ01983 |
| PLAINTIFF(S) | 3:21-CR-00077-IM-13 | |
| v. | | |
| CHRISTIAN AVILA-SUAREZ | **DECLARATION RE** | |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: ARREST WARRANT
in the PORTLAND _____ District of OREGAN _____ on _____
at 0800 _____ ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about 04/07/2021
in violation of Title 21 _____ U.S.C., Section(s) 841 _____
to wit: POSSESSION WITH INTENT

A warrant for defendant's arrest was issued by: S.SELLERS DEPUTY CLERK

Bond of $ NONE _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    Date

_____        ZULMA MACHADO
Signature of Agent            Print Name of Agent

USMS _____           DSO _____
Agency                        Title