FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

2021 APR 21  PM 1:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___SB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 3:21-CR-00077-IM-3 |
|---|---|---|
| CHRISTIAN AVILA-SUAREZ USMS# 41004-509 | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION  21MJ01983 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/21/2021 at 1200  ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____  ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC 841 POSSESSION WITH INTENT

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: ZULMA MACHADO   (please print)

12. Office Phone Number: 213-620-8395

13. Agency: USMS

14. Signature: /s/

15. Date: 04/21/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION